**EXHIBIT E**



LEGAL COUNSEL

1735 Market Street | Suite 3900 | Philadelphia, PA 19103

Chicago  Columbus  DuPage County, Ill.
Indianapolis  New York  Philadelphia  Washington, D.C.

November 28, 2023

WRITER'S DIRECT NUMBER: (215) 982-5165
DIRECT FAX: (215) 982-5168
EMAIL: Jacqueline.Lesser@icemiller.com

Steven Doran
Galway Companies, Inc.
800 W. Broadway, Suite 400
Monona, WI 53713
sdoran@galwaycompanies.com

Re:     Infringing use of THE STANDARD

Dear Mr. Doran,

We are outside counsel for Landmark Properties, Inc. and JWR Holdings, Inc. (collectively "Landmark Properties") based in Athens, Georgia. As you may know, Landmark Properties is a fully integrated real estate firm, engaged in leveraged planning and partnerships in conjunction with development of luxury multi-unit residential properties throughout the United States. One of its key brands is THE STANDARD. Landmark Properties has used its mark THE STANDARD since 2013 to identify its marquee line of luxury residential apartments that are located throughout the United States. Since development of the first property under the brand THE STANDARD in Georgia in 2013, Landmark Properties has developed close to thirty branded properties under THE STANDARD mark across the United States, and, in particular, in university towns such as Madison, Wisconsin.

Our client's service mark, THE STANDARD, is registered in the United States Patent and Trademark Office under Registrations Nos. 4,645,812; 4,645,814; and 5,824,166 for: "Real estate management services; leasing and management of real estate; leasing and management of residential real estate; leasing and management of apartments; leasing and management of multiple unit housing; leasing and management of student housing; management of single unit student housing; real estate rental services, namely, rental of residential housing; real estate service, namely, rental property management; real estate services, namely, rental of short-term furnished apartments; apartment house management; renting of apartments; rental of apartments in an apartment community." Copies of these registrations are attached. These registrations provide Landmark Properties with national protection. The registrations also provide constructive notice to third parties of Landmark Properties' prior rights in the mark in connection with the registered services.

We have been recently made aware that you are promoting a luxury residential property in Madison, Wisconsin under the brand THE STANDARD MADISON. We believe that your use of a mark identical to Landmark Properties' federally registered service mark is likely to be confused by consumers with our client's brand, such that your company's residential property will be mistakenly associated with Landmark Properties, which will negatively impact Landmark Properties and its business and devalue its brand.

Ice Miller LLP

icemiller.com

4876-8168-1299.2

Steven Doran
November 28, 2023
Page 2

We therefore request you immediately cease and desist the use of THE STANDARD in promoting your residential property and choose another name for your residential property. We are available to discuss a going forward strategy with you so that you may transition to a new name and marketing campaign.

The foregoing statements are made without waiver of Landmark Properties' rights, all of which are expressly reserved. We look forward to hearing from you by December 8, 2023.

Very truly yours,

ICE MILLER LLP

*Jacqueline Lesser*

Jacqueline M. Lesser

4876-8168-1299.2

# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# THE STANDARD

**Reg. No. 4,645,812**

**Registered Nov. 25, 2014**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JWR HOLDINGS, LLC (GEORGIA LIMITED LIABILITY COMPANY)
125 SOUTH MILLEDGE AVENUE, SUITE G
ATHENS, GA 30605

FOR: REAL ESTATE MANAGEMENT SERVICES; LEASING AND MANAGEMENT OF REAL ESTATE; LEASING AND MANAGEMENT OF RESIDENTIAL REAL ESTATE; LEASING AND MANAGEMENT OF APARTMENTS; LEASING AND MANAGEMENT OF MULTIPLE UNIT HOUSING; LEASING AND MANAGEMENT OF STUDENT HOUSING; MANAGEMENT OF SINGLE UNIT STUDENT HOUSING; REAL ESTATE RENTAL SERVICES, NAMELY, RENTAL OF RESIDENTIAL HOUSING; REAL ESTATE SERVICE, NAMELY, RENTAL PROPERTY MANAGEMENT; REAL ESTATE SERVICES, NAMELY, RENTAL OF SHORT-TERM FURNISHED APARTMENTS; APARTMENT HOUSE MANAGEMENT; RENTING OF APARTMENTS; RENTAL OF APARTMENTS IN AN APARTMENT COMMUNITY, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2014; IN COMMERCE 8-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-865,980, FILED 3-4-2013.

WENDY JUN, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,645,814**

**Registered Nov. 25, 2014**

JWR HOLDINGS, LLC (GEORGIA LIMITED LIABILITY COMPANY)
125 SOUTH MILLEDGE AVENUE, SUITE G
ATHENS, GA 30605

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: REAL ESTATE MANAGEMENT SERVICES; LEASING AND MANAGEMENT OF REAL ESTATE; LEASING AND MANAGEMENT OF RESIDENTIAL REAL ESTATE; LEASING AND MANAGEMENT OF APARTMENTS; LEASING AND MANAGEMENT OF MULTIPLE UNIT HOUSING; LEASING AND MANAGEMENT OF STUDENT HOUSING; MANAGEMENT OF SINGLE UNIT STUDENT HOUSING; REAL ESTATE RENTAL SERVICES, NAMELY, RENTAL OF RESIDENTIAL HOUSING; REAL ESTATE SERVICE, NAMELY, RENTAL PROPERTY MANAGEMENT; REAL ESTATE SERVICES, NAMELY, RENTAL OF SHORT-TERM FURNISHED APARTMENTS; APARTMENT HOUSE MANAGEMENT; RENTING OF APARTMENTS; RENTAL OF APARTMENTS IN AN APARTMENT COMMUNITY, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2014; IN COMMERCE 8-1-2014.

THE MARK CONSISTS OF THE WORD "THE STANDARD" IN CAPITALIZED STYLIZED LETTERING WITH THE "S" LARGER IN SIZE INSIDE OF A CIRCLE AND THE REST OF THE LETTERS WITH A LINE ABOVE AND BELOW.

SN 85-866,060, FILED 3-4-2013.

WENDY JUN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,824,166**

**Registered Aug. 06, 2019**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

JWR Holdings, LLC  (GEORGIA LIMITED LIABILITY COMPANY)
315 Oconee Street
Athens, GEORGIA 30601

CLASS 36: Real estate management services; leasing and management of real estate; leasing and management of residential real estate; leasing and management of apartments; leasing and management of multiple unit housing; leasing and management of student housing; management of single unit student housing; real estate rental services, namely, rental of residential housing; real estate services, namely, rental property management; real estate services, namely, rental of short-term furnished apartments; apartment house management; renting of apartments; rental of apartments in an apartment community

FIRST USE 8-1-2015; IN COMMERCE 8-1-2015

The mark consists of "The Standard" under a glacial mountain with three peaks. The "S" in "Standard" is enlarged and the wording "THE" and the letters "TANDARD" are overlined and underlined.

SER. NO. 87-845,444, FILED 03-22-2018

Director of the United States
Patent and Trademark Office



**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).